UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DANIEL CARROLL, et al.                                    PLAINTIFFS

v.                              No. 5:21-CV-05150

NANOMECH, INC., et al.                                    DEFENDANTS

## ORDER

Plaintiffs filed the original complaint (Doc. 2) in this action on August 24, 2021, naming only Defendant Nanomech, Inc.  On October 7, the Clerk entered default (Doc. 9) against Nanomech.  On October 28, the Court set aside (Doc. 13) the entry of default and set a deadline of November 5 for Nanomech to answer or respond to the complaint.  Nanomech filed a motion (Doc. 14) to dismiss on November 5, and on November 26, Plaintiffs filed an amended complaint (Doc. 27), as allowed by Federal Rule of Civil Procedure 15(a)(1)(B).  The Court found the motion to dismiss moot.

The amended complaint added as Defendants Matt Mitchell and Sean Evans, the Nanomech attorneys who drafted the convertible promissory notes at issue in this case.  On Plaintiffs' motion, the Court continued the initial scheduling order deadlines until the new parties appear.  Mitchell and Evans have not yet appeared.  On December 10, Nanomech again filed a motion (Doc. 31) to dismiss, which is pending.

On December 20, Plaintiffs filed a second amended complaint (Doc. 33).  This new complaint alleges its purpose is to conform the pleadings to the evidence. (Doc. 33, p. 2, ¶ 2).  The second amended complaint attempts to dismiss Mitchell and Evans and add as Defendants Nanomech's insurers, Scottsdale Indemnity Company and Argonaut Insurance Company.

Plaintiffs have already amended their complaint once as a matter of right.  All subsequent

1

amendments require either the written consent of the opposing party or leave of Court.  Fed. R. Civ. P. 15(a)(2).  The docket does not reflect that either has been given here.

In order to maintain a clear record, the Court will not direct the Clerk to strike the second amended complaint from the docket.  That complaint has no legal effect, however, and no Defendant or putative Defendant is obligated to respond to it.  Furthermore, the Clerk is directed to amend the beginning of the docket text for Document 33 to reflect that that document is "filed without legal effect."  Should Plaintiffs wish to file a second amended complaint, they may request written consent from Nanomech or file a motion for leave to amend.  Should Plaintiffs wish only to dismiss claims against Defendants Mitchell and Evans, Plaintiffs should instead move to dismiss those Defendants under Federal Rule of Civil Procedure 41(a).

IT IS SO ORDERED this 21st day of December, 2021.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE