UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DANIEL CARROLL and
KENT SCHOOL CORPORATION                                                      PLAINTIFFS

v.                               No. 5:21-CV-05150

NANOMECH, INC., et al.                                                        DEFENDANTS

## JUDGMENT

Pursuant to the opinion and order entered in this case on this date, this case is DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this 10th day of January, 2022.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE